AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2025 DEC -1  AM 10: 19

CLERK-LAS CRUCES

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Juventino URIBE-Alonso | ) | Case No. 25-4984 MJ |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 29, 2025__ in the county of __Doña Ana__ in the state and District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| COUNT 1: 8 USC 1326(a)(1),(2) | an alien, who had been previously arrested and deported from the United States and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully. |

This criminal complaint is based on these facts:
On November 29, 2025, a United States Border Patrol Agent encountered the Defendant in Dona Ana County, New Mexico. At the time of defendant's arrest, he admitted to being a citizen of Mexico and illegally crossed the border into the United States at a place other than a lawful port of entry. Immigration checks revealed the defendant had been deported on or about November 02, 2025. Immigration record checks do not indicate the defendant has ever applied for, nor received the consent of the appropriate authority of the United States to

☑ Continued on the attached sheet.

_Complainant's signature_

Gilberto Mendoza, Border Patrol Agent
_Printed name and title_

Electronically submitted and telephonically sworn to before me:

Date: __12/01/2025__

_Judge's signature_

City and state: __Las Cruces, New Mexico__

GREGORY J. FOURATT
U.S. MAGISTRATE JUDGE
_Printed name and title_

District Of New Mexico

U.S. v.    Juventino URIBE-Alonso

Criminal Complaints (Continued)

re-apply for admission into the United States.

_____
Signature of Judicial Officer

_____
Signature of Complainant

Mendoza, Gilberto
Filing Agent